Certificate Number: 16339-FLM-DE-035732420

Bankruptcy Case Number: 21-02687



16339-FLM-DE-035732420

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 4, 2021, at 7:16 o'clock PM EDT, Carson Goldman completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Florida.

Date: June 4, 2021

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor